IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SYLVESTER ANTHONY SHORTRIDGE, #196678, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL CASE NO. 2:20-cv-997-ECM ) |
| JEFFERSON S. DUNN, *et al.*, | ) ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On January 23, 2024, the Magistrate Judge entered a Recommendation (doc. 44) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 44) is ADOPTED;

2. The Defendants' Answer and Special Report (doc. 24) is construed as a motion for summary judgment, and the motion for summary judgment (doc. 24) is GRANTED;

3. This case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 13th day of February, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE